IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD AND SHARON NORLUND, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BOGMAN, INC.; JOHN TOWNSEND; LAW ) <br> OFFICES OF LES ZIEVE; LEZ ZIEVE; ) <br> JOSHUA ABEL; qand CHRISTINE ) <br> O'BRIEN, ) <br> ) <br> Defendants. ) <br> _____ ) | 2:12-cv-00371-GEB-KJN PS <br><br> ORDER |

Plaintiffs, proceeding in propria persona, filed a request for a temporary restraining order ("TRO") today, just two and one half hours before their real property is scheduled to be auctioned. However, Plaintiffs' conclusory assertions do not demonstrate they have a probability of succeeding on the merits of their claims, or that equity favors preventing the harm about which they complain. A & M Records, Inc. v. Napster, Inc., 239 F.3d 1004, 1013 (9th Cir.2001) (discussing injunction standard).

Further, under the applicable local rule on injunctions, "[s]hould the Court find that the applicant unduly delayed in seeking injunctive relief, the Court may conclude that the delay [in seeking a TRO] contradicts the applicant's allegations of irreparable injury and may deny the motion solely on [that] ground." L.R. 65-231 (b). Here, Plaintiffs TRO motion indicates Plaintiffs have know for several months

1  they were behind on their mortgage payments and that a Notice of Default
2  issued.  Yet, Plaintiffs have not explained why they waited until now to
3  seek injunctive relief.  Since Plaintiffs have not adequately explained
4  why they have delayed seeking a TRO, the motion is denied on this
5  ground.

6      Further, even though the loss of a home may constitute irreparable
7  harm, Plaintiffs have not sufficiently explained the factual context
8  concerning why their home is scheduled to be sold, which should include
9  an explanation justifying finding that they  will suffer irreparable
10 harm if their home is sold.  Absence this explanation, the record is
11 devoid of facts showing Plaintiffs' own actions are not the cause of
12 their predicament, and that the equities at issue tip in their favor.
13     Therefore, Plaintiffs' request for a TRO is denied.

14 Dated:  February 14, 2012

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```