1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RICHARD ("RICK") and SHARON
     NORLUND,
11
                Plaintiffs,              No. 2:12-cv-00371 GEB KJN PS
12
            v.
13
     BOGMAN, INC. ("BOGMAN"), et al.,
14
                Defendants.              ORDER
15   _____/

16          Presently before the court are applications to proceed in forma pauperis filed by

17   plaintiffs (Dkt. Nos. 3, 5).  However, the court's docket reflects that on May 15, 2012, plaintiff

18   Sharon Bacon-Norlund paid the $350 filing fee required to commence an action.  Accordingly,

19   the court denies plaintiffs' applications to proceed in forma pauperis as moot.

20          For the foregoing reasons, IT IS HEREBY ORDERED that:

21          1.     Plaintiffs' applications to proceed in forma pauperis (Dkt. Nos. 3, 5) are

22   denied as moot.

23   ////

24   ////

25   ////

26   ////

                                    1

2.      The Clerk of Court is directed to issue a summons and related new case

documents in this case.

        IT IS SO ORDERED.

DATED:  May 16, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2