IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ("RICK") and SHARON NORLUND,

        Plaintiffs,

    v.

BOGMAN, INC. ("BOGMAN"), et al.,

        Defendants.

No. 2:12-cv-00371 GEB KJN PS

ORDER

        Presently before the court are applications to proceed in forma pauperis filed by plaintiffs (Dkt. Nos. 3, 5). However, the court's docket reflects that on May 15, 2012, plaintiff Sharon Bacon-Norlund paid the $350 filing fee required to commence an action. Accordingly, the court denies plaintiffs' applications to proceed in forma pauperis as moot.

        For the foregoing reasons, IT IS HEREBY ORDERED that:

        1.    Plaintiffs' applications to proceed in forma pauperis (Dkt. Nos. 3, 5) are denied as moot.

////

////

////

////

1

2. The Clerk of Court is directed to issue a summons and related new case documents in this case.

IT IS SO ORDERED.

DATED: May 16, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2