IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD ("RICK") and SHARON NORLUND,

        Plaintiffs,                No. 2:12-cv-00371 GEB KJN PS

    v.

BOGMAN, INC. ("BOGMAN"), et al.,

        Defendants.          <u>ORDER</u>

/

        Although plaintiffs filed an application to proceed in forma pauperis in commencing this action, they later paid the applicable filing fee on May 15, 2012.[1] Accordingly, on May 17, 2012, the court denied plaintiffs' application to proceed in forma pauperis as moot and issued a summons and an Order Setting Status Conference (Dkt. Nos. 9, 11-12). On May 30, 2012, plaintiffs filed a motion seeking clarification in regards to the Order Setting Status Conference, which on the one hand requires plaintiffs to effectuate service of process within 120 days of the date of the Order Setting Status Conference, but in the same sentence cautions plaintiffs that their case "may be dismissed if service of process is not accomplished within 120 days from the date that the complaint [was] filed." (Order Setting Status Conf. ¶ 1.) By this

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

order, the court advises plaintiffs that they must effectuate service of process within 120 days of the date of the Order Setting Status Conference.

IT IS SO ORDERED.

DATED: June 1, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2