IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD NORLUND, et al.,

      Plaintiffs,                  No. 2:12-cv-00371 GEB KJN

    v.

BOGMAN, INC., et al.,

      Defendants.            ORDER
_____/

          Plaintiffs are proceeding without counsel in this action.[1] Plaintiffs were previously ordered to show cause, in writing, no later than November 22, 2012, why they failed to file a status report seven days prior to the Status (Pretrial Scheduling) Conference that occurred on October 25, 2012, and why their claims against defendants Bogman, Inc., John Townsend, the Law Offices of Les Zieve, Les Zieve, Joshua Abel, and Christine O'Brien should not be dismissed with prejudice pursuant to Federal Rules of Civil Procedure 4(m) and 41(b). (Order to Show Cause issued Oct. 26, 2012, Dkt. No. 16.) The court's docket does not indicate that any defendant has been served with process in this case, and no defendant has appeared in this action to date.

////

---

[1] This action proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1 On November 6, 2012, plaintiffs filed a "Request To Dismiss The Above Entitled
2 Case Without Prejudice." (Dkt. No. 17.) The court construes plaintiffs' filing as a notice of
3 voluntary dismissal without prejudice filed pursuant to Federal Rule of Civil Procedure
4 41(a)(1)(A)(i), which effectuated the dismissal of this case upon filing and without a court
5 order.[2]

6 Accordingly, IT IS HEREBY ORDERED that the Order to Show Cause (Dkt.
7 No. 16) is discharged, and the Clerk of Court is directed to close this case and vacate all dates.

8 IT IS SO ORDERED.

9 DATED: November 13, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing . . . (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. . . ." Dismissal under this rule requires no action on the part of the court and divests the court of jurisdiction once the notice of voluntary dismissal is filed. See, e.g., United States v. Real Property Located at 475 Martin Lane, Beverly Hills, CA, 545 F.3d 1134, 1145 (9th Cir. 2008).